UNITED STATES DISTRICT COURT  **CLOSED**
DISTRICT OF NEW JERSEY
NEWARK, NEW JERSEY

**ORDER**

DORIS TKACZYK                         :

                                      Civil   06-5336   (DRD)

v.                                    :


LIBERTY LIFE ASSURANCE CO.:
         Et al


It has been reported to the Court that the above entitled action has been settled;

It is on this 11th day of September, 2007

O R D E R E D that this action be and is hereby dismissed as to all litigants, without costs and without prejudice to the right, upon good cause shown within 60 days, to re-open this action if the settlement has not been consummated. The Court shall retain jurisdiction to enforce any settlement agreement.

                                   _____
                                   DICKINSON R. DEBEVOISE
                                   United States District Judge